No. 417. EISENHARDT *v.* LOUISIANA. Jurisdictional statement distributed October 10, 1936. Decided October 19, 1936. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. The motion for leave to proceed further herein *in forma pauperis* is denied. *Mr. Henry P. Viering* for appellant. No appearance for appellee.